J Christopher Jorgensen. Esq.
Nevada Bar No. 5382
Zaydee R. Stemmons, Esq.
Nevada Bar No. 16064
**WOMBLE BOND DICKINSON (US) LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
Chris.Jorgensen@wbd-us.com
Zaydee.Stemmons@wbd-us.com

*Attorneys for Defendant KONE INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Dallas P. Spears,<br><br>  Plaintiffs,<br><br>  v.<br><br>KONE, INC., A Foreign Corporation; OTIS ELEVATOR COMPANY, A Corporation; SCHINDLER ELEVATOR CORPORATION, a Delaware Corporation, DOE EMPLOYEES I through X; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>  Defendants. | Case No.: 2:25-CV-00047-JAD-EJY<br><br>**JOINT STIPULATION AND ORDER TO REMAND ACTION TO STATE COURT**<br><br>ECF No. 9 |

**The Parties, Plaintiff Dallas P. Spears ("Plaintiff") and Defendant Kone Inc. ("Defendant"), by and through undersigned counsel, hereby stipulate and jointly move to remand the above-captioned action to the Eighth Judicial District Court, Clark County. In support of this Stipulation, the Parties state as follows:**

1. Plaintiff commenced this action, styled *Spears v. KONE Inc., et al.,* Case No. A-24-907709-C, in the Eighth Judicial District Court, Clark County, Nevada on December 9, 2024.

2. Defendant removed the action from the Eighth Judicial District Court to the United States District Court of Nevada on January 8, 2025.

3. On January 27, 2025, counsel for Defendant subsequently notified Plaintiff's counsel that Defendant no longer had any involvement with the subject escalators and had not

127357403.3

since 2016.

4.    Therefore, the Parties are in agreement that this matter should be remanded.

DATED this __ day of February, 2025.

| GEORGE T. BOCHANIS, ESQ. | WOMBLE BOND DICKINSON LLP |
|---|---|
| /s/ George T. Bochanis<br>George T. Bochanis, Esq.<br>Nevada Bar No. 2262<br>631 South Ninth Street<br>Las Vegas, Nevada 89101<br><br>*Attorney for Plaintiff Dallas P. Spears* | /s/ *J Christopher Jorgensen*<br>J Christopher Jorgensen, Esq.<br>Nevada Bar No. 5382<br>Zaydee R Stemmons, Esq.<br>Nevada Bar No. 16991<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant Kone Inc.* |

### ORDER

Based on the parties' stipulation [ECF No. 9] and with good cause appearing, IT IS ORDERED that this case is remanded back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-24-907709-C, Department 29. The Clerk of Court is directed to CLOSE this case.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 11, 2025

127357403.3